```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTONIA FRENCH,                                                   :
                                                                  :
                              Plaintiff,                          :   **ORDER**
                                                                  :
              -v-                                                 :   20-CV-3857 (PGG) (JLC)
                                                                  :
ANDREW M. SAUL, *Commissioner of Social*                          :
*Security Administration*,                                        :
                                                                  :
                              Defendant.                          :
------------------------------------------------------------------X
```

**JAMES L. COTT, United States Magistrate Judge.**

The Commissioner filed the Administrative Record on December 28, 2020. Dkt. No. 11. Plaintiff's motion for judgment on the pleadings was thus due on February 26, 2021. The motion papers are a now week past due. Plaintiff's counsel is ordered to provide an explanation for the delay and file the papers by **March 12, 2021**, or face dismissal for failure to prosecute.

**SO ORDERED.**

Date: March 8, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge